# EXHIBIT 5



**shopnobelle** [Follow] ···

9 posts    90 followers    12 following

**NOBELLE**
Sara & Stephanie pool together their 25+ yrs of Styling and Retail background to bring you a new realm of customer experience. Stay tuned for details!
www.shopnobelle.com

▦ POSTS        ⊡ TAGGED











ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK



Instagram



**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** Sweater weather is around the corner, stop by to see our newest collection🧶 #sweater #sweaterweather #new #musthave @stephanie_goureau @sarit_n

1d

20 likes

1 DAY AGO

Add a comment...                                                              Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK





shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Stop by 85 Greenwich Ave today to check out our #new-arrivals and see Sara and Kerri. We are serving bubbly all day. Can't wait to see you 🥂
.
.
.
.
.
.

#fashionlovers #outfitoftheday #fashionweek #fashionaddict #fashionistas #fashiongram #fashionstyle #fashionable #fashionista #style

2d

13 likes

2 DAYS AGO

Add a comment...                                                          Post

More posts from **shopnobelle**








Document title: NOBELLE on Instagram: "Stop by 85 Greenwich Ave today to check out our #new-arrivals and see Sara and Kerri. We are serving bubbly all day. Can't w...
Capture URL: https://www.instagram.com/p/CEeHGPHDwyr/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:26:28 GMT

*Instagram*



**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** This is how we like it☐simple & chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion

2d

17 likes

2 DAYS AGO

Add a comment...                                                    Post

---

More posts from **shopnobelle**









Document title: NOBELLE on Instagram: "This is how we like itØ>Ÿ simple &amp; chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion"
Capture URL: https://www.instagram.com/p/CEcgUoxj4P-/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:26:48 GMT

*Instagram*



**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** This is how we like it☺ simple & chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion

2d

17 likes

2 DAYS AGO

Add a comment...                                                                    Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK

Document title: NOBELLE on Instagram: "This is how we like itØ>Ý simple &amp; chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion"
Capture URL: https://www.instagram.com/p/CEcgUoxj4P-/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:26:48 GMT





**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** #Believe in #Pink. Come shop Nobelle this weekend. We are officially open on the Ave and doing socially distant styling sessions. Also, some bubbly on us! 🥂
.
.
.
.

#fashion #love #instagood #photography #instagram #photooftheday #style #beautiful @hashtags_club #picoftheday #happy #follow #beauty #likeforlikesbacktagstagram #photo #cute #model #followme #instadaily #life #lifestyle #ootd #instalike #like #girl #smile #fall

3d

13 likes

3 DAYS AGO

Add a comment...                                                    Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK

Instagram



**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** Cheers to a great night🍾💛 #nightout #fashion #cheers #livelifetothefullest

3d

9 likes

3 DAYS AGO

Add a comment...                                                                 Post

More posts from **shopnobelle**





Document title: NOBELLE on Instagram: "Cheers to a great nightØ>ŸBØ=Ü‹#nightout #fashion #cheers #livelifetothefullest"
Capture URL: https://www.instagram.com/p/CEaqsKpDkgl/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:27:30 GMT



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Cheers to a great night🤵💛 #nightout #fashion #cheers #livelifetothefullest
3d

9 likes

3 DAYS AGO

Add a comment...                                                    Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK



Document title: NOBELLE on Instagram: "Oldie but goodie. Do something to make you feel good today Ø=ÜWØ=Ü[Ø=ÜS . . . . . #fashionlovers #outfitoftheday #fashionweek...
Capture URL: https://www.instagram.com/p/CEZnKpiDRqW/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:27:50 GMT

*Instagram*



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Oldie but goodie. Do something to make you feel good today 👠🔴👜 .
.
.
.

#fashionlovers #outfitoftheday #fashionweek #fashionaddict #fashionistas #fashiongram #fashionstyle #fashionable #fashionista #style

3d

7 likes

3 DAYS AGO

Add a comment...                                                                                    Post



More posts from **shopnobelle**



ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK

Document title: NOBELLE on Instagram: "Oldie but goodie. Do something to make you feel good today Ø=ÜWØ=ÜJØ=ÜS . . . . . #fashionlovers #outfitoftheday #fashionweek...
Capture URL: https://www.instagram.com/p/CEZnKpiDRqW/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:27:50 GMT





cherie_glassman Gorgeoys 👏🏼💃🏻💄
1w  1 like  Reply

cherie_glassman Need !!!
1w  1 like  Reply
—— Hide replies

shopnobelle @cherie_glassman must!! 🔥❤️
1w  Reply

stephanie_goureau I'm so proud #newadventure
1w  1 like  Reply
—— Hide replies

shopnobelle @stephanie_goureau cheers 🥂 to the new venture 🤍
1w  Reply

debscollection @shopnobelle ❤️
1w  Reply

h_trailz ❤️❤️❤️❤️❤️❤️
6d  Reply
—— Hide replies

shopnobelle @h_trailz ❤️💙❤️❤️
6d  Reply

21 likes
AUGUST 23

Add a comment...                                                    Post

More posts from shopnobelle








ABOUT  HELP  PRESS  API  JOBS  PRIVACY  TERMS  LOCATIONS  TOP ACCOUNTS  HASHTAGS  LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK

Instagram





Document title: NOBELLE (@shopnobelle) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/CEeLhyKJyvP/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:45:45 GMT

**stephanie_goureau** • Follow
Greenwich, Connecticut

**stephanie_goureau** I've always worked hard to keep up with your needs. I've scoured the globe to find what's next. what looks good but most importantly, feels great. I am so proud to introduce my newest #love @shopnobelle. Named after the beautiful and inspiring "Belle Noemi" we embark on this new adventure and invite you to join us. Sara and I can't wait to see you there!

2d

**sarit_n** Cheers🥂to our new adventure!❤

2d  Reply

—— Hide replies

**stephanie_goureau** @sarit_n ❤❤❤

2d  Reply

**monteiroinsta** @sarit_n congrats 🥂🎉!

2d  Reply

**laraffin** 👏👏👏👏👏

2d  Reply

**pattycweiss** Congratulations!🙌🙌🙌

2d  Reply

**ildiesmiles** ❤🙌🎉

2d  Reply

**josh.gaynor** 👏👏👏❤❤❤

2d  Reply

**emma_bernadette** ❤🙌❤❤

2d  Reply

**nicki.roxx** MY SUPER WOMAN @stephanie_goureau @sarit_n ⭐

2d  Reply

—— Hide replies

**stephanie_goureau** @nicki.roxx takes one to know one!!!!

2d  2 likes  Reply

**sarit_n** @nicki.roxx SO ARE YOU 👀💥

2d  Reply

stephanie_goureau @nicki.roxx takes one to know one!!!!

2d  2 likes  Reply

sarit_n @nicki.roxx SO ARE YOU 👏 ☀️

2d  Reply

nicki.roxx @stephanie_goureau ❤️

2d  Reply

vb_martinez What an incredible collection!

2d  Reply

jpklim I need this palm print

2d  Reply

debscollection So exciting 👏 ❤️

2d  Reply

isabelleorlansky 👏

2d  1 like  Reply

glicky11 You go girls! Best of luck! 😊

1d  1 like  Reply

rachellynnchicago Congratulations Ladies! ❤️ 📚 🎨

1d  1 like  Reply

— Hide replies

sarit_n @rachellynnchicago thank you 🙏 miss you! 🖤

1d  Reply

rachellynnchicago @sarit_n miss you too! So happy for you all!! ❤️ 😊

1d  Reply

mrslizzyks I am in Greenwich let's get dinner lunch anything

1d  Reply

— Hide replies

stephanie_goureau @mrslizzyks would love that!

1d  Reply

giulianatalecapri ❤️ ❤️ ❤️ ❤️ ❤️

1d  Reply

danielavesco ✓ Congratulations ma belle! 😊 😊 😊

1d  1 like  Reply

ella_shopaholic1 Congrats to both of you ♥️

1d  Reply

♡  💬  ✈️                                                              🔖

146 likes

2 DAYS AGO

Add a comment…                                                    Post

More posts from stephanie_goureau



**rachellynnchicago** Congratulations Ladies! ❤️📚💃

1d   1 like   Reply

—— Hide replies

**sarit_n** @rachellynnchicago thank you 🙏 miss you!❤️

1d   Reply

**rachellynnchicago** @sarit_n miss you too! So happy for you all!! ❤️😊

1d   Reply

**mrslizzyks** I am in Greenwich let's get dinner lunch anything

1d   Reply

—— Hide replies

**stephanie_goureau** @mrslizzyks would love that!

1d   Reply

**giulianatalecapri** 💕💕❤️❤️❤️

1d   Reply

**danielavesco** ✓ Congratulations ma belle! 😊😊😊

1d   1 like   Reply

**ella_shopaholic1** Congrats to both of you ❤️

1d   Reply

146 likes

2 DAYS AGO

Add a comment...                                                          Post

More posts from **stephanie_goureau**





ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK