# EXHIBIT 6





Document title: (45) Nobelle - Home
Capture URL: https://www.facebook.com/Nobelle-101605881643834/
Capture timestamp (UTC): Mon, 31 Aug 2020 15:24:02 GMT

Page 2 of 2



Document title: (45) Nobelle - Posts
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/posts/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:25:50 GMT

Page 1 of 2





Document title: (45) Nobelle - Reviews
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/reviews/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:26:23 GMT

Case: 1:20-cv-05124 Document #: 1-6 Filed: 08/31/20 Page 7 of 10 PageID #:125





Case: 1:20-cv-05124 Document #: 1-6 Filed: 08/31/20 Page 9 of 10 PageID #:127



Document title: (44) Nobelle - About
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/about/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:28:42 GMT

Page 1 of 1

