# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

---

ML FASHION, LLC and ML RETAIL, LLC,

    Plaintiffs,

    v.

NOBELLE, STEPHANIE MENKIN, SARIT MAMAN NAGRANI, and NICOLAS GOUREAU,

    Defendants.

Case No. 1:20-cv-05124

**JURY DEMAND**

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs ML FASHION, LLC and ML RETAIL, LLC, pursuant to Federal Rule of Civil Procedure 7.1, state as follows for their Corporate Disclosure Statement:

1. Plaintiff ML Fashion, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in New York.

2. Plaintiff ML Retail, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Illinois. ML Retail owns a 33.3% membership interest in ML Fashion. The sole member of ML Retail is Marcus Lemonis, a citizen of Illinois.

3. Neither ML Fashion LLC nor ML Retail, LLC issue publically traded stock.

4. No publicly-held entity owns 10% or more of the stock of ML Fashion, LLC or ML Retail, LLC.

Dated:  September 2, 2020                    SEYFARTH SHAW LLP

By: *Michael D. Wexler*
   Michael D. Wexler
   Robyn E. Marsh
Willis Tower
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5559

Jesse M. Coleman
(*pro hac vice application to be filed*)
700 Milam Street, Suite 1400
Houston, Texas  77002
(713) 238-1805


*Attorneys for Plaintiffs ML Fashion, LLC and ML Retail, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document was served on all Defendants via electronic mail on September 2, 2020.

      */s/ Michael D. Wexler*
      Michael D. Wexler

64814002v.1