UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

ML Fashion, LLC, et al.
                  Plaintiff,

v.                                                Case No.: 1:20−cv−05124
                                                  Honorable Steven C. Seeger

Nobelle, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2020:

       k. By September 9, 2020, Plaintiffs shall file a statement that provides this Court with more information about those lawsuits. In particular, Plaintiffs shall explain what those lawsuits are about, and whether the claims before this Court are, or MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the complaint and the motion for a temporary restraining order (Dckt. No. [6]). The basis for federal jurisdiction is a pair of claims under the Lanham Act (Counts 8 & 9). By September 9, 2020, Plaintiffs shall file a statement explaining why the complaint states a claim under the Lanham Act. Also, the complaint alleges that there are two other lawsuits between the parties, and that they are pending in Delaware and New Yorcould be, advanced in one of those first−filed lawsuits. Defendants' response to the motion for a temporary restraining order is due by September 11, 2020. Plaintiffs shall send a copy of this minute order to defense counsel (who has not yet entered an appearance) by U.S. mail and by email as soon as possible, and shall file a certificate of service on the docket. Plaintiffs shall promptly file proof of service of process or a waiver of service of process. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.