# Exhibit 2

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of ML FASHION, LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | C.A. No. 2020-0486-MTZ |
| MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, MARCUS LEMONIS, LLC, a Delaware limited liability company, ROBERTA RAFFEL aka Bobbi Lemonis, an individual, and MLG RETAIL, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*, | ) ) | |
| and | ) ) | |
| ML FASHION, LLC, a Delaware limited liability company, | ) ) ) | |
| *Nominal Defendants*. | ) | |

## SUPPLEMENTAL DECLARATION OF MARCUS LEMONIS

I, Marcus Lemonis, hereby declare, under penalty of perjury, as follows:

1.     I am the Manager, Chairman, and CEO for ML Fashion, LLC ("ML Fashion"). I am over the age of twenty-one years, of sound mind, suffer no legal disabilities, and am fully competent in all respects to make this declaration. The

statements below are based on my personal knowledge, investigation, and review of ML Fashion's business.

2.     I make this Supplemental Declaration in support of ML Retail, LLC; Marcus Lemonis, LLC; and MLG Retail, LLC's Opposition to Plaintiff's Motion to Expedite Proceedings and for Status Quo Order ("Motion"), and for such other and further relief as the Court deems just and proper.

3.     I have worked as Manager of ML Fashion since being appointed upon its inception on or about March 29, 2016.  Based on the positions I hold and have held, I am familiar with the general activities and day-to-day operations at ML Fashion.  As the Manager, I have the full, exclusive and unilateral power and authority to make all decisions affecting the business and affairs of ML Fashion under Section 6.1(a) of the Company Agreement.

4.     As set forth in my original Declaration, during my tenure as ML Fashion's Manager, I have repeatedly been required to address Plaintiffs' Stephanie Menkin ("Menkin") and Nicholas Goureau ("Goureau," collectively "Plaintiffs") gross mismanagement of ML Fashion for their personal benefit.  Among other wrongful actions, Plaintiffs have misappropriated ML Fashion property to support their personal side businesses to the detriment of ML Fashion.  Plaintiffs' misappropriation of ML Fashion property has blatantly continued to this very day.

5.     After submitting my original Declaration on August 28, 2020, I became aware that Menkin and Goureau started a new fashion store called Nobelle, located at 85 Greenwich Avenue, Greenwich, Connecticut 06830.  Nobelle opened for business on or about August 23, 2020, based on the date of the store's first social media post on Instagram.  Attached as **Exhibit A** is a true and correct copy of the the Nobelle Instagram page, as of August 31, 2020.  Attached as **Exhibit B** is a true and correct copy of the "Shopnobelle.com" Internet Web Page, as of August 31, 2020.  Attached as **Exhibit C** is a true and correct copy of the Nobelle Facebook page, as of August 31, 2020.  Attached as **Exhibit D** are additional images showing what Menkin and Goureau are selling in Nobelle.

6.     As demonstrated by these exhibits, Menkin openly boasts of owning and running Nobelle in violation of her legal obligations to ML Fashion.  Moreover, Goureau has used ML Fashion computers to set up computer software accounts on Nobelle's behalf at the retail location it is using in Greenwich, Connecticut.

7.     Nobelle's retail location at 85 Greenwich Avenue, Greenwich Connecticut, is a former ML Fashion storefront which Menkin and Goureau are using without permission from ML Fashion.

8.     I am personally familiar with the fixtures, furniture, and equipment ("FFE") that belong to ML Fashion.  Based on the pictures in Nobelle's social media

postings and elsewhere, the FFE that Nobelle is using in ML Fashion's retail space to sell its products belong to ML Fashion. *See* Exs. A-D.

9.     In addition to illicitly operating Nobelle out of ML Fashion's retail space, Menkin and Goureau are also promoting ML Fashion's inventory as Nobelle's property via its social media postings. I am personally familiar with the inventory, brands, and products that ML Fashion sells.  Nobelle's social media accounts contain pictures showing Nobelle offering for sale ML Fashion's inventory, private brands, and products. *See* Exs. A-D.

10.     In addition to being the property of ML Fashion, the inventory and fixtures that Menkin and Goureau have misappropriated are collateral for the loans made to ML Fashion by ML Retail.  Menkin and Goureau have taken this collateral without authority of ML Fashion and in violation of the credit and security agreements between ML Fashion and ML Retail.

11.     Menkin and Goureau's conduct has caused and is causing irreparable injury to Defendants, including the loss of a unique retail property in Greenwich, damage to ML Fashion's brands and businesses by Menkin and Goureau's operation of a competing business; harm to Defendants' reputation and goodwill; and the prospect that ML Fashion will be unable to perform under the Credit and Security Agreement, jeopardizing the employment of ML Fashion's 33 employees.. Menkin and Goureau's conduct will continue to damage Defendants and to deceive the

public in a manner that is not compensable by money damages.  Defendants have no adequate remedy at law with respect to Plaintiffs' acts of false advertising.

12.    Plaintiffs' ongoing and continued misappropriation of ML Fashion assets reveals that, though self-portrayed as victims, Plaintiffs are the real perpetrators, as they have made payments from ML Fashion to their mother without consent of ML Fashion, shipped products and fixtures to their individual homes, paid personal staff with ML Fashion funds, and reimbursed their personal expenses with ML Fashion funds.

Pursuant to 10 Del C. § 3927, I state under penalty of perjury under the laws of the State of Delaware that the above is true and correct.

Executed this  31  th day of August, 2020.



Marcus Lemonis

Exhibit A





**shopnobelle** Follow •••

**9** posts    **90** followers    **12** following

**NOBELLE**
Sara & Stephanie pool together their 25+ yrs of Styling and Retail background to bring you a new realm of customer experience. Stay tuned for details!
www.shopnobelle.com

▦ POSTS    🏷 TAGGED

  

  

  

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK



_Instagram_



**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** Sweater weather is around the corner, stop by to see our newest collection🧥 #sweater #sweaterweather #new #musthave @stephanie_goureau @sarit_n

1d

20 likes

1 DAY AGO

Add a comment... Post

More posts from **shopnobelle**













ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE                © 2020 INSTAGRAM FROM FACEBOOK



Instagram



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Stop by 85 Greenwich Ave today to check out our #new-arrivals and see Sara and Kerri. We are serving bubbly all day. Can't wait to see you 💃
.
.
.
.
.
.

#fashionlovers #outfitoftheday #fashionweek #fashionaddict #fashionistas #fashiongram #fashionstyle #fashionable #fashionista #style

2d

13 likes

2 DAYS AGO

Add a comment...                                                                 Post

More posts from **shopnobelle**

  

  

ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE                    © 2020 INSTAGRAM FROM FACEBOOK

*Instagram*



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle This is how we like it☐simple & chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion

2d

17 likes

2 DAYS AGO

Add a comment…                                                                    Post

More posts from **shopnobelle**








Instagram



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle This is how we like it☐simple & chic!! #chicoutfit #pink #denim #happy #fashion #ootdfashion

2d

17 likes

2 DAYS AGO

Add a comment...                                                    Post

More posts from **shopnobelle**













ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK





**shopnobelle** • Follow
Greenwich, Connecticut

**shopnobelle** #Believe in #Pink. Come shop Nobelle this weekend. We are officially open on the Ave and doing socially distant styling sessions. Also, some bubbly on us! 🥂
.
.
.
.

#fashion #love #instagood #photography #instagram #photooftheday #style #beautiful @hashtags_club #picoftheday #happy #follow #beauty #likeforlikesbacktagstagram #photo #cute #model #followme #instadaily #life #lifestyle #ootd #instalike #like #girl #smile #fall

3d

13 likes

3 DAYS AGO

Add a comment...                                    Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE        © 2020 INSTAGRAM FROM FACEBOOK

*Instagram*



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Cheers to a great night🥂💛 #nightout #fashion #cheers #livelifetothefullest

3d

9 likes

3 DAYS AGO

Add a comment...                                                    Post

More posts from **shopnobelle**





Document title: NOBELLE on Instagram: "Cheers to a great nightØ>ÝBØ=Û#nightout #fashion #cheers #livelifetothefullest"
Capture URL: https://www.instagram.com/p/CEaqsKpDkgI/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:27:30 GMT



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Cheers to a great night💃💛#nightout #fashion #cheers #livelifetothefullest

3d

9 likes

3 DAYS AGO

Add a comment...                                                                 Post

More posts from **shopnobelle**








ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE                    © 2020 INSTAGRAM FROM FACEBOOK



Document title: NOBELLE on Instagram: "Oldie but goodie. Do something to make you feel good today Ø=ÜWØ=Ü[Ø=ÜS . . . . . #fashionlovers #outfitoftheday #fashionweek.
Capture URL: https://www.instagram.com/p/CEZnKpiDRqW/
Capture timestamp (UTC): Mon, 31 Aug 2020 16:27:50 GMT



shopnobelle • Follow
Greenwich, Connecticut

shopnobelle Oldie but goodie. Do something to make you feel good today 💃🍎🐑 .
.
.
.
.
#fashionlovers #outfitoftheday #fashionweek #fashionaddict #fashionistas #fashiongram #fashionstyle #fashionable #fashionista #style

3d

7 likes

3 DAYS AGO

Add a comment...                                                                    Post

More posts from shopnobelle









ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE        © 2020 INSTAGRAM FROM FACEBOOK





**cherie_glassman** Gorgeous 💃🏻💅❤️

1w   1 like   Reply

**cherie_glassman** Need !!!

1w   1 like   Reply

—— Hide replies

**shopnobelle** @cherie_glassman must!!🔥❤️

1w   Reply

**stephanie_goureau** I'm so proud #newadventure

1w   1 like   Reply

—— Hide replies

**shopnobelle** @stephanie_goureau cheers 🥂 to the new venture 🙏

1w   Reply

**debscollection** @shopnobelle ❤️

1w   Reply

**h_trailz** ❤️❤️❤️❤️❤️

6d   Reply

—— Hide replies

**shopnobelle** @h_trailz ❤️💜❤️

6d   Reply

21 likes

AUGUST 23

Add a comment...                                                     Post

More posts from **shopnobelle**

  

  

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE        © 2020 INSTAGRAM FROM FACEBOOK



Instagram



*Instagram*



**stephanie_goureau** • Follow
Greenwich, Connecticut

**stephanie_goureau** I've always worked hard to keep up with your needs. I've scoured the globe to find what's next, what looks good but most importantly, feels great. I am so proud to introduce my newest #love @shopnobelle. Named after the beautiful and inspiring "Belle Noemi" we embark on this new adventure and invite you to join us. Sara and I can't wait to see you there!

2d

**sarit_n** Cheers🥂 to our new adventure!♥

2d  Reply

—— Hide replies

**stephanie_goureau** @sarit_n ❤❤❤

2d  Reply

**monteiroinsta** @sarit_n congrats 🧨🎉!

2d  Reply

**laraffin** 😎😎😎😎😎😎

2d  Reply

**pattycweiss** Congratulations!🙌🙌🙌

2d  Reply

**ildiesmiles** ❤😊🎉

2d  Reply

**josh.gaynor** 👏👏👏❤❤❤

2d  Reply

**emma_bernadette** ❤👏👏👏

2d  Reply

**nicki.roxx** MY SUPER WOMAN @stephanie_goureau @sarit_n ⭐

2d  Reply

—— Hide replies

**stephanie_goureau** @nicki.roxx takes one to know one!!!!

2d  2 likes  Reply

**sarit_n** @nicki.roxx SO ARE YOU 👀💥

2d  Reply

**Instagram**

**stephanie_goureau** @nicki.roxx takes one to know one!!!!
2d  2 likes  Reply

**sarit_n** @nicki.roxx SO ARE YOU 🙈 ✳️
2d  Reply

**nicki.roxx** @stephanie_goureau ❤️
2d  Reply

**vb_martinez** What an incredible collection!
2d  Reply

**jpklim** I need this palm print
2d  Reply

**debscollection** So exciting 👏 ❤️
2d  Reply

**isabelleorlansky** 👏
2d  1 like  Reply

**glicky11** You go girls! Best of luck! 😊
1d  1 like  Reply

**rachellynnchicago** Congratulations Ladies! ❤️ 📚 🎉
1d  1 like  Reply
⎯  Hide replies

**sarit_n** @rachellynnchicago thank you 🙏 miss you! ❤️
1d  Reply

**rachellynnchicago** @sarit_n miss you too! So happy for you all!! ❤️ 😊
1d  Reply

**mrslizzyks** I am in Greenwich let's get dinner lunch anything
1d  Reply
⎯  Hide replies

**stephanie_goureau** @mrslizzyks would love that!
1d  Reply

**giulianatalecapri** ❤️ ❤️ ❤️ ❤️ ❤️
1d  Reply

**danielavesco** ✔️ Congratulations ma belle! 😍 😍 😍
1d  1 like  Reply

**ella_shopaholic1** Congrats to both of you ♥️
1d  Reply

♡  ○  ⊲                                               🔖

146 likes
2 DAYS AGO

Add a comment...                                        Post

More posts from **stephanie_goureau**





Exhibit B

Book a Private Styling session Now!

# *Nobelle*

HOME   ABOUT US   CONTACT US



*Follow Us
@ShopNobelle*

*Keep In Touch*   Email Address   GET STARTED



## THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your
website experience. By accepting our use of cookies, your
data will be aggregated with all other user data.

ACCEPT



*Nobelle*

HOME    ABOUT US    CONTACT US



*Keep In Touch*    Email Address    **GET STARTED**



*FOLLOW US*

    

    

Copyright © 2020ShopNobelle - All Rights Reserved.

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Case: 1:20-cv-05124 Document #: 14-2 Filed: 09/09/20 Page 32 of 51 PageID #:277

Book a Private Styling session Now!

## Nobelle

HOME     **ABOUT US**     CONTACT US



### *About Us*

#### QUALITY STYLES

In fashion, beauty is in the eye of the beholder, but quality should never be a compromise. No matter what you're looking for, we guarantee durability. We are committed to providing you styles that have quality built in and will last through the wear and tear of your day.

#### INNOVATIVE DESIGNS

Our goal is to put the "fun" in functional fashion. We know that looking stylish can make your whole day better; that's why we're committed to being your source for the newest trends. We design clothing you love so you can focus on looking great!

 

Copyright © 2020ShopNobelle - All Rights Reserved.

### THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Document title: Nobelle | Nobelle
Capture URL: https://shopnobelle.com/about-us
Capture timestamp (UTC): Mon, 31 Aug 2020 15:58:11 GMT



Book a Private Styling session Now!

# *Nobelle*

HOME ABOUT US **CONTACT US**

*Contact Us*



Name

Email*

Looking for something special? Let us know!

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## WE LOVE TO HEAR FROM OUR CUSTOMERS!

Do you have a question or concern? Are you looking for something in our shop? Drop us a line and let us know. We will get back to you as soon as possible with an answer.

## NOBELLE

85 Greenwich Avenue, Greenwich, Connecticut 06830, United States



GET DIRECTIONS

© Mapbox © OpenStreetMap Improve this map

Copyright © 2020ShopNobelle - All Rights Reserved.

### THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Document title: Nobelle | Nobelle
Capture URL: https://shopnobelle.com/contact-us
Capture timestamp (UTC): Mon, 31 Aug 2020 15:55:12 GMT

Page 1 of 1

Exhibit C



Document title: (45) Nobelle - Home
Capture URL: https://www.facebook.com/Nobelle-101605881643834/
Capture timestamp (UTC): Mon, 31 Aug 2020 15:24:02 GMT









**Nobelle**

- Home
- Posts
- **Reviews**
- Photos
- About
- Community

Create a Page

👍 Like  🔊 Follow  ➤ Share  ⋯

💬 Send Message

MOST HELPFUL   MOST RECENT

**No Rating Yet** ⓘ
Be the first to recommend Nobelle

**Do you recommend Nobelle?**

Yes   No

Ratings and reviews have changed
Now it's easier to find great businesses with recommendations

**Learn More**

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2020
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   +



Document title: (45) Nobelle - Reviews
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/reviews/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:26:23 GMT
Page 2 of 2



Nobelle

Home
Posts
Reviews
**Photos**
About
Community

Create a Page

👍 Like    🔊 Follow    ➤ Share    ⋯

💬 Send Message

### Albums

See All

Profile Pictures
2 Photos

Cover Photos
1 Photo

### All Photos

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2020

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   ➕



### Nobelle

- Home
- Posts
- Reviews
- Photos
- **About**
- Community

**Create a Page**

👍 Like    🔊 Follow    ➤ Share    •••

💬 Send Message

## About

✏️ Suggest Edits

**CONTACT INFO**

〰️ m.me/101605881643834 ℹ️

**MORE INFO**

ℹ️ About
     Sara & Stephanie poll together their 25+ years of Styling and
     Retail background to bring you a new customer experience.

🛍️ Women's Clothing Store

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷    Terms    Help

Facebook © 2020

English (US)    Español    Français (France)    中文(简体)    العربية    Português (Brasil)    한국어    Italiano    Deutsch    हिन्दी    日本語    +

Document title: (44) Nobelle - About
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/about/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:28:42 GMT



Exhibit D













## <u>CERTIFICATE OF SERVICE</u>

I, Brian E. Farnan, hereby certify that on August 31, 2020, a copy of the

Supplemental Declaration of Marcus Lemonis was served via LexisNexis

File&Serve on the following:

Sean J. Bellew
Bellew LLC
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
sjbellew@bellewllc.com

/s/ *Brian E. Farnan*
Brian E. Farnan (# 4089)
