

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

**ML Fashion, LLC and ML Retail, LLC**

   Plaintiff(s),

vs.

**Nobelle, Stephanie Menkin, et al**

   Defendant(s).

Case No.: 1:20-cv-05124

**AFFIDAVIT OF SERVICE**

I certify that I received this process on **09/04/2020** at **10:57 AM** to be served upon:

**Nobelle**

STATE OF CONNECTICUT    ss: East Hartford
HARTFORD COUNTY

I, **Eric Rubin**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **09/04/2020** at **4:25 PM**, I served the within **Summons and Verified Complaint with Jury Demand and Exhibits** on **Nobelle** at **85 Greenwich Avenue, Greenwich, CT 06830** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to **Kerri W., Sales Person/Authorized Agent** of the above named corporation and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **43** - Height: **5'5"** - Weight: **120**
Other:

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

X _____
Eric Rubin
ATG LegalServe, Inc.
105 W. Adams Street, Ste 1350
Chicago, IL 60603
312.855.0303

Signed and sworn to before me on **09/08/2020**
by an affiant who is personally known to
me or produced identification.

_____
Notary Public

**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**LM Fashon, LLC and ML Retail, LLC,**

    Plaintiff(s),

vs.

**Nobelle, et al,**

    Defendant(s).

Case No.: 1:20 CV 5124

**AFFIDAVIT OF SERVICE**

I, DOMINIC DELLAPORTE, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief** to **Sarit Maman Nagrani**, located at **1498 Kew Avenue, Hewlett, NY 11557** resulting in the following:

[X] **PERSONAL SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief with **Sarit Maman Nagrani** personally the 4TH day of SEPTEMBER, 2020 at 8:17 AM

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief at the above address which is **Sarit Maman Nagrani**'s usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief on the ___ day of _____, 20__ at _____ __M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ___ day of _____, 20__

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:
Sex: F   Race: BROWN   Approx. Age: 50   Height: 5'2"   Weight: 140   Hair: BROWN

Noticeable Features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 5 day of September, 2020.

X_____
DOMINIC DELLAPORTE
(Print Name)

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

*261429*

Law Firm Ref #:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**LM Fashon, LLC and ML Retail, LLC,**

    Plaintiff(s),

vs.

**Nobelle, et al,**

    Defendant(s).

Case No.: 1:20 CV 5124

**AFFIDAVIT OF SERVICE**

I, **Dominic Dellaporte**, being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief** to **Sarit Maman Nagrani**, located at **47 Bergman Drive, Hewlett, NY 11557** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief with **Sarit Maman Nagrani** personally.
the _____ day of _____, 20___ at _____ ___M

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief at the above address which is **Sarit Maman Nagrani's** usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons in a Civil Case; Complaint and Application for Immediate, Preliminary and Permanent Injunctive Relief on the _____ day of _____, 20___ at _____ ___M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20__

☒ **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

9/4/2020 @ 8:10AM NO LONGER RESIDES HERE
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex:___ Race:_____ Approx. Age:___ Height:_____ Weight:_____ Hair:_____

Noticeable Features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 8 day of September, 2020.

X _____
**Dominic Dellaporte**
(Print Name)

Notary Public
**EVAN COHAN**
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

*261438*

Law Firm Ref #: