IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ML FASHION, LLC, and ML RETAIL, LLC, | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:20-cv-05124 |
| v. | ) ) | Judge Steven C. Seeger |
| NOBELLE, STEPHANIE MENKIN, SARIT MAMAN NAGRANI, and NICOLAS GOUREAU, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Nobelle GW LLC (erroneously sued as Nobelle), Stephanie Menkin, Sarit Maman Nagrani, and Nicolas Goureau (collectively "Defendants"), through their undersigned counsel, do hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), for an order dismissing Plaintiffs ML Fashion, LLC and ML Retail LLC's claims, with prejudice and as against all Defendants, as well as granting such other and further relief as the Court may deem just and proper.

This Motion is based upon this Motion, the Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint, the Affidavits of Sarit Maman Nagrani, on her own behalf and on behalf of Nobelle, Stephanie Menkin and Nicolas Goureau in Support of Defendants' Motion to Dismiss the Complaint, the records and files of this Court, any other matter of which the Court may take judicial notice, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

1

Dated: October 26, 2020      */s/ Elizabeth L. Janczak*
Freeborn & Peters LLP
Elizabeth L. Janczak (Ill. Bar No. 6302864)
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ejanczak@freeborn.com

**Gerard Fox Law P.C.**
Gerard P. Fox
Lauren M. Greene
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com
lgreene@gerardfoxlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ML FASHION, LLC, and ML RETAIL, <br><br> Plaintiffs, <br><br> v. <br><br> NOBELLE, STEPHANIE MENKIN, SARIT MAMAN NAGRANI, and NICOLAS GOUREAU, <br><br> Defendants. | Case No. 1:20-cv-05124 <br><br> Hon. Steven C. Seeger |

## CERTIFICATE OF SERVICE

I, Elizabeth L. Janczak, an attorney, hereby certify that on October 26, 2020, I caused a true and correct copy of *Defendants' 'Motion to Dismiss Complaint*, to be filed with the Court and served upon the following parties by the manner listed.

/s/ Elizabeth L. Janczak

**CM/ECF Service List**

| | |
|---|---|
| Jesse M. Coleman | jmcoleman@seyfarth.com, HouDocket@seyfarth.com, rmarshall@seyfarth.com |
| Gerard Patrick Fox | gfox@gerardfoxlaw.com, tnavarrete@gerardfoxlaw.com, dvyas@gerardfoxlaw.com, pgreenwood@gerardfoxlaw.com |
| Lauren Michelle Greene | lgreene@gerardfoxlaw.com, dvyas@gerardfoxlaw.com, pgreenwood@gerardfoxlaw.com |
| Robyn Elizabeth Marsh | rmarsh@seyfarth.com, chidocket@seyfarth.com, crussell@seyfarth.com |
| Michael Dale Wexler | mwexler@seyfarth.com, chidocket@seyfarth.com, crussell@seyfarth.com |