# Exhibit 4



Nobelle

HOME    ABOUT US    CONTACT US


@ShopNobelle

Keep In Touch

Email Address

GET STARTED



FOLLOW US

 

Copyright © 2020ShopNobelle - All Rights Reserved.



THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Case: 1:20-cv-05124 Document #: 35-4 Filed: 11/16/20 Page 4 of 5 PageID #:802

Nobelle

HOME   ABOUT US   CONTACT US

## About Us

### QUALITY STYLES

In fashion, beauty is in the eye of the beholder, but quality should never be a compromise. No matter what you're looking for, we guarantee durability. We are committed to providing you styles that have quality built in and will last through the wear and tear of your day.

### INNOVATIVE DESIGNS

Our goal is to put the "fun" in functional fashion. We know that looking stylish can make your whole day better; that's why we're committed to being your source for the newest trends. We design clothing you love so you can focus on looking great!



 

Copyright © 2020 ShopNobelle - All Rights Reserved.

### THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT



HOME  ABOUT US  **CONTACT US**

## Contact Us

Name

Email*

Looking for something special? Let us know!

**SEND**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

### WE LOVE TO HEAR FROM OUR CUSTOMERS!

Do you have a question or concern? Are you looking for something in our shop? Drop us a line and let us know. We will get back to you as soon as possible with an answer.

### NOBELLE

85 Greenwich Avenue, Greenwich, Connecticut 06830, United States



GET DIRECTIONS

© Mapbox © OpenStreetMap Improve this map

Copyright © 2020 ShopNobelle - All Rights Reserved.

### THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**