# Exhibit 6











Nobelle

Home
Posts
**Reviews**
Photos
About
Community

Create a Page

👍 Like   📶 Follow   ➤ Share   •••

💬 Send Message

**MOST HELPFUL**   MOST RECENT

**No Rating Yet** ⓘ
Be the first to recommend Nobelle

**Do you recommend Nobelle?**

Yes   No

Ratings and reviews have changed
Now it's easier to find great businesses with recommendations

Learn More

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2020
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   +







Nobelle

- Home
- Posts
- Reviews
- Photos
- About
- Community

Create a Page

👍 Like  🔊 Follow  ➤ Share  ⋯

💬 Send Message

## About

✏ Suggest Edits

### CONTACT INFO

📨 m.me/101605881643834 ⓘ

### MORE INFO

ⓘ About
Sara & Stephanie poll together their 25+ years of Styling and Retail background to bring you a new customer experience.

🏬 Women's Clothing Store

About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Ad Choices ▷  Terms  Help

Facebook © 2020
English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  한국어  Italiano  Deutsch  हिन्दी  日本語  +

Document title: (44) Nobelle - About
Capture URL: https://www.facebook.com/pg/Nobelle-101605881643834/about/?ref=page_internal
Capture timestamp (UTC): Mon, 31 Aug 2020 15:28:42 GMT
Page 1 of 1



Nobelle

Home

Posts

Reviews

Photos

About

**Community**

Create a Page

👍 Like | 🔊 Follow | ➤ Share | ⋯

💬 Send Message

| 1 | 1 |
|---|---|
| Total Likes | Total Follows |

Invite your friends to like Nobelle

Janice Harris Newman — Invite

Kelsie Walker Newman — Invite

Alex Newman — Invite

See All Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch · ＋

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2020