# Exhibit 7

Free Shipping on orders over $250. Book a Private Styling Session Now!

Nobelle

HOME    ABOUT US    CONTACT US    SHOP    |    🔍 🛒 👤

## ALL PRODUCTS

**Categories**

- ALL PRODUCTS
- TOPS
- SWEATERS
- DENIM
- PANTS
- SKIRTS
- DRESS & JUMPSUITS
- JACKETS & OUTERWEAR
- ACCESSORIES
- JEWELRY
- GIFTS & OBJETS

Sort by   Most popular


**SILVER LOVE TWO-PACK**
$72.00


**SILVER LOVE TWO-PACK**
$72.00


**ZIP AWAY TOTE**
$86.00


**DOUBLE LINE SET OF 3**
$78.00


**WRISTLET**
$38.00


**MEDIUM PACK**
$38.00


**CARRYALL**
$76.00


**WEEKENDER**
$144.00


**SHIMMER SET**
$72.00


**HLT STAR SET**
$78.00


**HLT HEART SET**
$78.00


**HLT LOVE SET**
$78.00


**STRIPE SET**
$70.00


**STAR SET**
$78.00


**HLT LINE SET**
$78.00


**MULTI STAR SET**
$78.00

‹   **1**   2   3   …   5   ›

Facebook 📘   Instagram 📷

Copyright © 2020 ShopNobelle - All Rights Reserved.

PRIVACY POLICY    TERMS AND CONDITIONS



Free Shipping on orders over $250. Book a Private Styling Session Now!

Nobelle

HOME  ABOUT US  CONTACT US  SHOP

| 🔍 🛒 1 👤

Continue shopping

## Cart

| | | Price | Quantity | | Total |
|---|---|---|---|---|---|
|  | **SILVER LOVE TWO-PACK**<br>WHITE: O/S | $72.00 | 1 | ✕ | $72.00 |

SUBTOTAL  **$72.00**

Update cart   **CHECKOUT**

f  📷

Copyright © 2020 ShopNobelle - All Rights Reserved.

PRIVACY POLICY   TERMS AND CONDITIONS

