# Exhibit 8



Gerard P. Fox, Esq.
gfox@gerardfoxlaw.com

September 1, 2020

***VIA OVERNIGHT DELIVERY AND E-MAIL***

Jesse M. Coleman
SEYFARTH SHAW LLP
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
jmcoleman@seyfarth.com


Re:     **Nobelle – Response To Demand Letter**

Mr. Coleman,

As you know, our firm represents Stephanie Menkin and Nicolas Goureau in connection with the pending dispute regarding ML Fashion.  This letter is in response to your demand letter and the unfounded allegations of stolen computers, fixtures, furniture, and equipment and inventory therein.  As shown herein, your allegations against our clients have no merit.

Ms. Menkin and Ms. Nagrani—without any involvement of Mr. Goureau—have started a new and separate business, Nobelle.  The vast majority of the inventory, furniture, fixtures, and equipment being used by Nobelle were purchased by Ms. Menkin and/or Ms. Nagrani with their own money.  The ***only*** overlap of inventory consists solely of inventory that Marcus Lemonis expressly permitted Menkin to take to open her own independent store.  (*See* Attachment 1 hereto.)  Nevertheless, this inventory only accounts for roughly 5% of Nobelle's total inventory.  While Nobelle may carry some of the same brands MARCUS carries, apart from the ML Fashion inventory discussed above, Nobelle independently purchased that inventory.

With respect to your allegations that Ms. Menkin and Ms. Nagrani have taken computers with "confidential information," it is not accurate.  Ms. Menkin used one computer that ML Fashion abandoned and did not contain any confidential information regarding ML Fashion.  Nevertheless, our clients have agreed to return the computer to ML Fashion.

Further, your allegations that our clients took furniture, fixtures, and equipment from ML Fashion is also misplaced.  On or around May 12, 2020, ML Fashion vacated the store location and informed the landlord that it was giving back the space.  ML Fashion left certain FFE on the premises when it abandoned the space including: (1) shelving and racking attached to the walls,



(2) light fixtures consisting of chandeliers and track lights, and (3) stock racking in the basement of the store.

In or around June 19, 2020, ML Fashion returned the key to the premises to the landlord and confirmed with the landlord that it was abandoning the location, that the lease was terminated, and that any items left behind were abandoned. Separate and apart from the FFE that ML Fashion abandoned in the space, our clients spent their own money buying FFE for the store.

Finally, Mr. Menkin is completely within her rights to start Nobelle. In December 2019, Ms. Menkin and Mr. Lemonis agreed that Ms. Menkin would be able to open her own retail location. Then, Mr. Lemonis iced her out of ML Fashion cutting off her sole source of income. Ms. Menkin is entitled to make a living and is simply opening a retail shop which Mr. Lemonis already consented to.

Your claims that our clients stole from ML Fashion have no basis. As such, we insist that you drop the matter. However, should you feel the need to discuss this topic further, please feel free to reach out to me.

Best regards,

Gerard P. Fox
GERARD FOX LAW P.C.

Enclosures

1880 Century Park East | Suite 1410 | Los Angeles, CA 90067 | 310-441-0500 | www.gerardfoxlaw.com

Attachment 1

From: **Stephanie Menkin** stephan e.menk n@marcus emon s.com ■
Subject: Re: Warehouse  nventory Moves
Date: January 24, 2020 at 2:01 PM
To: Marcus Lemon s  marcus@marcus emon s.com



thank you

**Stephanie Menkin**
**President**
**ML Fashion Group**
**500 7th Avenue, 8th Floor**
**New York, NY 10014**



On Jan 24, 2020, at 1:56 PM, Marcus Lemon s <marcus@marcus emon s.com> wrote:

Abso ute y

Marcus A. Lemonis

The Profit on CNBC

Marcus Lemonis, LLC
ML Acquisition Company www.marcuslemonis.com

On Jan 24, 2020, at 1:25 PM, Stephan e Menk n <stephan e.menk n@marcus emon s.com> wrote:

can I request some  tems sh p out from the warehouse?  Maybe the L ne Tee's and broken o d co ors of trave ers? Some
sung asses?

**Stephanie Menkin**
**President**
**ML Fashion Group**
**500 7th Avenue, 8th Floor**
**New York, NY 10014**

<5ADF5ECF-89EE-4E46-B2FB-535BF7D60B12[30].png>

Beg n forwarded message:

**From:** Stephan e Menk n <stephan e.menk n@marcus emon s.com>
**Subject: Warehouse inventory Moves**

**Date:** December 19, 2019 at 10:28:19 AM EST
**To:** Marcus Lemon s <marcus@marcus emon s.com>
**Cc:** Stephan e Menk n <stephan e.menk n@marcus emon s.com>

Attached s what I wou d happ y take from the warehouse f you th nk t's ok. Of course, I am torn because I know that Deerfie d can se Amuse and Opaque for another month unt Spr ng:

Amuse- $52,597
Autumn Cashmere (1 sty e, 15 un ts)- $2,001
Brod e- $2,552
Broken Heart Totes - $13,548
Ank e Trave ers (ma n y co ors not go forward) - $6,723.70
E son - I wou d take some out of the 814 pa rs - @ 200 pa rs - $9,450
Opaque - $28,684
The L ne (Sweet Romeo Tees) - $19,167.05

TOTAL from WAREHOUSE - **$134,722.75**

Whatever s eft - Sk n, Core Ank e Trave er, E son, the L ne and a.M Sweaters can a be moved to H nsda e. Anderson bros needs to get g ven away.
The supp es n the warehouse (g ft boxes, shopp ng bags, t ssue etc) can go to stores and anyth ng eft can go to Bent eys warehouse

Th s w get us out of Vermont.


**Stephanie Menkin**
President
ML Fashion Group
500 7th Avenue, 8th Floor
New York, NY 10014


<5ADF5ECF-89EE-4E46-B2FB-535BF7D60B12[30].png>

<Inventory to Stephan e.x s>
<5ADF5ECF-89EE-4E46-B2FB-535BF7D60B12[30].png><5ADF5ECF-89EE-4E46-B2FB-535BF7D60B12[30].png>

Attachment 2

8:05 ✈



marcus >

Sun, Jan 19, 2:08 PM

Besides front door what else have you shipped to your new location. Want to keep air tight records

Nothing else yet

I wouldn't do it without your approval

I'll be at Deerfield today to see what's there

Ok. Thank you

We have to make sure you have something to sell

What about warehouse ?

Attachment 3

7:59 ⏳



marcus ›

They don't discount. Their stores look good. Their teams are happy and they rarely complain or ask for more money etc.

You know I will always do what you think is right. So if I'm seeing the same as you....

It's a longer discussion

Ok.

And if you want them you can have them

Really??

You really don't want them huh?

Dallas and Greenwich ?