# Exhibit 9



Gerard P. Fox, Esq.
gfox@gerardfoxlaw.com

October 2, 2020

<u>*VIA E-MAIL ONLY*</u>

Jesse M. Coleman
SEYFARTH SHAW LLP
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
jmcoleman@seyfarth.com

Re:     Nobelle – Response To Demand Letter

Mr. Coleman,

I write in response to your September 30, 2020 letter regarding the computer mentioned in my September 1, 2020 letter. When we prepared that letter we were unaware of the full scope of your client's lawsuit against our clients. Indeed, Ms. Menkin agreed to provide the computer—despite having no obligation to as it was abandoned by ML Fashion—in hopes of reaching an amicable solution that involved your clients dropping the suit as there is no merit to its claims.

However, the fact that you filed a motion for a temporary restraining order and preliminary injunction and a motion for expedited discovery, all within hours of sending the initial demand letter, shows that your client is not interested in a simple, amicable resolution of these issues.

Given your client's litigation practices, we must insist that documents and information be exchanged through the normal discovery procedures so that they can be properly authenticated as the case moves forward. Of course, delivering the computer can be part of any amicable resolution of this lawsuit if your client is so interested. Feel free to reach out if you have any questions or want to talk about the matter further. We reserve all rights and waive none.

Best regards,

Gerard P. Fox
GERARD FOX LAW P.C.

1

1880 Century Park East | Suite 1410, Los Angeles, CA 90067 | 310-441-0500 | www.gerardfoxlaw.com