IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ML FASHION, LLC, and ML RETAIL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NOBELLE GW, LLC, STEPHANIE MENKIN, SARIT MAMAN NAGRANI, and NICOLAS GOUREAU, <br><br> Defendants. | Case No. 1:20-cv-05124 <br><br> Judge Steven C. Seeger |

**DEFENDANTS' MOTION TO DISMISS
THE VERIFIED AMENDED COMPLAINT**

Defendants Nobelle GW LLC ("Nobelle"), Stephanie Menkin, Sarit Maman Nagrani, and Nicolas Goureau (collectively "Defendants"), through their undersigned counsel, do hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), for an order dismissing Plaintiffs ML Fashion, LLC and ML Retail LLC's claims asserted in the Verified Amended Complaint, with prejudice and as against all Defendants, as well as granting such other and further relief as the Court may deem just and proper.

This Motion is based upon the Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Verified Amended Complaint, the Affidavits of Defendants Sarit Maman Nagrani, on her own behalf and on behalf of Nobelle, Stephanie Menkin, and Nicolas Goureau in Support of Defendants' Motion to Dismiss the Verified Amended Complaint, the records and files of this Court, any other matter of which the Court may take judicial notice, and upon such

1

other and further oral or documentary evidence as may be presented to the Court at or prior to any hearing on this Motion.

Dated: January 4, 2021

*/s/ Elizabeth L. Janczak*
Freeborn & Peters LLP
Elizabeth L. Janczak (Ill. Bar No. 6302864)
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ejanczak@freeborn.com

**Gerard Fox Law P.C.**
Gerard P. Fox
Lauren M. Greene
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com
lgreene@gerardfoxlaw.com

*Attorneys for Defendants*