UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

ML Fashion, LLC, et al.
                    Plaintiff,
v.                                              Case No.: 1:20−cv−05124
                                                Honorable Steven C. Seeger
Nobelle, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 19, 2021:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Declaration of Nicolas Goureau (Dckt. No. 19−2), which states that he has no involvement in Nobelle. By January 29, 2021, Plaintiffs' counsel shall write a letter to defense counsel, and articulate the factual basis for including Goureau in this lawsuit, with specifics. Defense counsel shall send a response letter by February 5, 2021. The parties shall confer, and shall file a statement that summarizes their positions by February 12, 2021. The Court also has some concerns about the involvement of Defendant Nagrani. Nagrani was not a member of the LLC Agreement, and thus is not covered by that non−compete provision. In its letter on January 29, Plaintiffs#039; counsel must articulate the factual basis for including Nagrani in this lawsuit, with specifics. Defense counsel shall respond by February 5. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.