| | |
|---|---|
| ML FASHION, LLC, and ML RETAIL,<br><br>      Plaintiffs,<br><br>  v.<br><br>NOBELLE, STEPHANIE MENKIN, SARIT MAMAN NAGRANI, and NICOLAS GOUREAU,<br><br>      Defendants. | C.A. No. 1:20-cv-05124 |

**DECLARATION OF NICOLAS GOUREAU IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS IN ITS JANUARY 19, 2021 MINUTE ORDER (DKT. NO. 55)**

I, Nicolas Goureau, hereby declare as follows:

1.	I am over the age of eighteen and a defendant in this case. I make this declaration in support of Defendants' Defendants' Response To The Court's Questions In Its January 19, 2021 Minute Order (Dkt. No. 55). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.	I have absolutely no involvement in my sister's new company Nobelle. I have not used the computer at issue and did not logon to the computer in August 2020 as alleged by Plaintiffs. The computer is a legacy computer that originally belonged to Gooberry Corp. the company that ran Courage.B, our clothing and retail venture prior to our involvement with Marcus Lemonis. I was the CEO of Gooberry so the user account was my name.

3.	In 2016, Marcus Lemonis iced me out of ML Fashion. I was cut off from access to company information and property and even told I could not visit the ML Fashion stores. As such, I have not had access to any computer at issue and again, did not log on to it in August 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of February 2021 at Atlanta, Georgia.

_____
Nicolas Goureau