IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------x

ML FASHION, LLC and ML RETAIL, LLC,

    Plaintiffs,

  v.

NOBELLE GW, LLC, STEPHANIE MENKIN,
SARIT MAMAN NAGRANI, and
NICOLAS GOUREAU,

    Defendants.

---------------------------------------------------------------x

Case No. 1:20-cv-05124

Hon. Steven C. Seeger

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ML Fashion, LLC and ML Retail, LLC, hereby voluntarily dismiss the above-captioned matter, without prejudice.

Defendants Nobelle GW LLC, Stephanie Menkin, Sarit Maman Nagrani, and Nicolas Goureau, have not yet served an answer or a motion for summary judgment. Accordingly, Plaintiffs may voluntarily dismiss this action without a court order.

Dated: March 26, 2021  SEYFARTH SHAW LLP

By: *Michael D. Wexler*
   Michael D. Wexler
   Robyn E. Marsh
Willis Tower
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5559

Jesse M. Coleman (admitted *pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002
(713) 238-1805


*Attorneys for Plaintiffs ML Fashion, LLC and ML Retail, LLC*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 26, 2021, he caused a true and correct copy of the foregoing to be served upon all counsel of record via the Court's ECF system.

/s/ *Michael D. Wexler*
Michael D. Wexler