# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ML FASHION, LLC, and ML RETAIL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:20-cv-05124 |
| | ) | |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| NOBELLE GL, LLC, STEPHANIE MENKIN, SARIT MAMAN NARANI, and NICOLAS GOUREAU, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF LAUREN GREENE, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER AWARDING SANCTIONS UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY**

I, Lauren Greene, do hereby declare and state as follows:

1. I am an attorney in the law firm of Gerard Fox Law, P.C., in Los Angeles, California, and one of Defendants' counsel in the above-captioned litigation. I am over eighteen years of age and competent to give this affidavit. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a complaint filed on April 9, 2021 in *ML Fashion, LLC, et al., v. Nobelle GW, LLC, et al.*, No. 3:21-cv-00499-JCH, in the United States District Court of the District of Connecticut.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain including the following communications:

   a. An email from Robyn E. Marsh, Esq. to Jessica J. Ramos, dated February 23, 2021;

b. An email from Robyn E. Marsh, Esq. to Jessica J. Ramos, dated March 11, 2021; and

c. An email from Jessica J. Ramos to Robyn E. Marsh, Esq., and others, dated March 15, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of a complaint filed on March 25, 2021 in *MLG Retail LLC v. JuJu's Kids Boutique LLC, et al.*, No. 21L00000232, in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

5. Attached hereto as Exhibit 4 is a true and correct copy of a complaint filed on March 1, 2021 in *ML Properties, LLC, et al., v. Precise Graphix, LLC, et al.*, No. 5:21-cv-00984, in the United States District Court for the Eastern District of Pennsylvania.

6. Attached hereto as Exhibit 5 is a true and correct copy of an article entitled "Exclusive: 20 Business Owners Claim There's a Dark Side to Marcus Lemonis's Reality TV Show 'The Profit,'" *Inc.*, (Aug. 13, 2018), *available at https://www.inc.com/will-yakowicz/dark-side-of-marcus-lemonis-reality-tv-show-the-profit.html* (accessed March 22, 2021).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 12, 2021

_____
Lauren Greene