# EXHIBIT – 2 –

| | |
|---|---|
| **From:** | Jessica J Ramos |
| **To:** | Marsh, Robyn E. |
| **Cc:** | Wexler, Michael; Coleman, Jesse M; Lauren Greene; ejanczak_freeborn.com |
| **Subject:** | RE: ML Fashion, LLC et al v. Nobelle et al, 1:20-cv-05124 |
| **Date:** | Monday, March 15, 2021 10:42:26 AM |

" Warning, External Sender"
Good afternoon,

The Judge is aware of these motions and have taken these under advisement. No need to notice these up. An order will be entered with a ruling or if there is further instructions needed.

Thank you,

*Jessica J. Ramos*

**Courtroom Deputy to the Honorable Steven C. Seeger**
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
Office: (312) 818-6594

***Your opinion is important to us* click HERE to take our customer service survey**

---

**From:** Marsh, Robyn E. <RMarsh@seyfarth.com>
**Sent:** Thursday, March 11, 2021 10:45 AM
**To:** Jessica J Ramos <Jessica_J_Ramos@ilnd.uscourts.gov>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>; 'Lauren Greene' <lgreene@gerardfoxlaw.com>; ejanczak_freeborn.com <ejanczak@freeborn.com>
**Subject:** RE: ML Fashion, LLC et al v. Nobelle et al, 1:20-cv-05124

**CAUTION - EXTERNAL:**

Ms. Ramos,

I am just following up on the below inquiry. If there is any other information that we can provide on this front, please let us know.

Thank you,
Robyn Marsh

**Robyn E. Marsh** | Associate | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448

Direct: +1-312-460-5308 | Fax: +1-312-460-7308
rmarsh@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Marsh, Robyn E.
**Sent:** Tuesday, February 23, 2021 4:41 PM
**To:** 'Jessica J Ramos' <Jessica_J_Ramos@ilnd.uscourts.gov>
**Cc:** Wexler, Michael <mwexler@seyfarth.com>; Coleman, Jesse M <jmcoleman@seyfarth.com>; 'Lauren Greene' <lgreene@gerardfoxlaw.com>; Janczak, Elizabeth L. <ejanczak@freeborn.com>
**Subject:** ML Fashion, LLC et al v. Nobelle et al, 1:20-cv-05124

Good afternoon Ms. Ramos,

I am attorney of record on behalf of Plaintiffs ML Fashion LLC and ML Retail LLC in the above-referenced matter. I write regarding Plaintiffs' Motion for Leave to Conduct Limited Third Party Discovery (ECF 66), and Motion to Compel Return of Property (ECF 67), both of which were filed via ECF on February 17, 2021. Counsel for Defendants are also copied on this email.

Given General Order 20-0012, we did not notice the motions for presentment. Instead, and as provided by the directions on Judge Seeger's website, we simply filed the motion. Please let me know if there is other information that would be helpful to the Court when deciding the motions and/or entering a briefing schedule, and feel free to respond to this email or call my office line at 312-460-5308 to discuss.

Thank you in advance.

Kind regards,
Robyn Marsh

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.