EXHIBIT – 4 –

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------------------

ML PROPERTIES, LLC, ML MANUFACTURING LLC,
and MARCUS LEMONIS,

Civ. A. No:   5:21-cv-00984

               Plaintiffs,

       v.

PRECISE GRAPHIX, LLC, MKD Real Estate LLC,
and KEITH LYDEN,

               Defendants.

--------------------------------------------------------------------

## **COMPLAINT**

Plaintiffs, ML Properties, LLC, ML Manufacturing LLC, ML Finance LLC and Marcus Lemonis, ("**ML Entities**" or collectively, the "**Plaintiffs**"), by and through their undersigned attorneys hereby allege for their Complaint against Defendants Precise Graphix, LLC, MKD Real Estate LLC, and Keith Lyden (collectively, the "Defendants") as follows:

1.    This is a civil action seeking damages for breach of contract, fraud in the inducement, together with costs and attorneys' fees and other damages that the Court deems just and proper.

2.    Upon information and belief, as hereinafter mentioned, Plaintiff, ML Properties, LLC (herein, "**ML Properties**") is a limited liability company duly formed under the laws of Delaware, with offices at 250 Parkway, Suite 270, Lincolnshire, Illinois.

3.    Upon information and belief, as hereinafter mentioned, Plaintiff, ML Manufacturing LLC (herein, "**ML Manufacturing**") is a limited liability company duly formed under the laws of Delaware, with offices at 250 Parkway, Suite 270, Lincolnshire, Illinois.

4.     Upon information and belief, as hereinafter mentioned, Plaintiff Marcus Lemonis (herein, "**Lemonis**") is a guarantor on commercial loans for Defendant MKD and Defendant Precise, was a co-founder of Defendant MKD Real Estate, LLC and a prior part owner of Defendant Precise Graphix, LLC through his entities, ML Finance LLC and ML Manufacturing LLC (the "ML Entities"), with an office located at 250 Parkway, Suite 270, Lincolnshire, Illinois.

5.     Upon information and belief, as hereinafter mentioned, defendant MKD Real Estate, LLC ("**MKD**") is a Limited Liability Company, duly formed under the laws of the State of Pennsylvania, with offices at offices at 2310 26th Street S.W., Allentown, Pennsylvania 18103.

6.     Upon information and belief, as hereinafter mentioned, defendant Precise Graphix LLC ("**Precise**") is a Limited Liability Company, duly formed under the laws of the State of Pennsylvania, with offices at offices at 2310 26th Street S.W., Allentown, Pennsylvania 18103.

7.     Upon information and belief, in his capacity as the sole owner of Membership Interests in both MKD and Precise and CEO of both entities, Mr. Keith Lyden ("**Lyden**") was and still has exclusive control over both MKD's and Precise's business activities, debt and financial obligations and resides at 4985 Derby Lane, Bethlehem, PA 18020.

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

## **JURISDICTION AND VENUE**

15.     This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. 1332 as the parties are completely diverse in citizenship and the amount in controversy is or exceeds the sum of $75,000, exclusive of interest and costs.

16.     Venue is appropriate in this Court pursuant to 28 U.S.C. 1391 (b)(2), as a substantial part of the actions or omissions comprising the claims for relief occurred within this judicial district.

## BACKGROUND FACTS

■ ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████

■ ████████████████████████████████████
███████████████████████████

■ ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

■ ████████████████████████████████████
████████████████████████████████████████████

■ ████████████████████████████████████
█████████████████████

■ ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████











██████████████████████████████████████████

████████████████████████████████

    ██    ██████████████████████████████

██████████████████████████████████████████

████████████████████████

    ██    ██████████████████████████████

███████████████

    ██    ██████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████

## AS AND FOR A FIRST CAUSE OF ACTION

### (Breach of Contract: Lyden MIPA)

71.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1-70 as though fully set forth at length herein.

    ██    ███████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████

    ██    ██████████████████████████████

██████████████████████████████████████████

█████████████████████████





**AS AND FOR A SECONDD CAUSE OF ACTION**

**(Breach of Contract: Settlement & Release Agreement)**

84.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1-

83 as though fully set forth at length herein.

[REDACTED]

## AS AND FOR A THIRD CAUSE OF ACTION

### (Fraud in the Inducement)

90.     Plaintiffs repeat and reallege the allegations contained in paragraphs 1-89 of this Complaint as if fully set forth at length herein.

[REDACTED]



**DAMAGES**

WHEREFORE, Plaintiffs demand judgment against Defendants for the following relief,

████  ███████████████████████████████

████████████████

D.   For such other and further relief as this Court deems just and warranted, including

interest and attorneys' fees.

Dated: March 1, 2021                          Respectfully,

                                              */s/Nicole D. Galli*
                                              Nicole D. Galli (PA Id. No. 78420)
                                              ND GALLI LAW LLC
                                              One Liberty Place
                                              1650 Market Street
                                              Suite 3600, #00250
                                              Philadelphia, PA 19103
                                              Telephone: (215) 525-9580
                                              Facsimile: (215) 525-9585
                                              ndgalli@ndgallilaw.com

                                              *Attorneys for Plaintiffs ML Properties, LLC, ML*
                                              *Manufacturing LLC and Marcus Lemonis*

Of Counsel

Linda S. Kagan, Esquire
   (*Pro Hac Vice* to be filed)
THE KAGAN LAW GROUP, P.C.
108 Montgomery Street
Rhinebeck, New York 12572
Tel: (845) 265-3300
lkagan@thekaganlawgroup.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ML Properties, LLC, ML Manufacturing LLC, Marcus Lemonis

**DEFENDANTS**

Precise Graphix, LLC, MKD Real Estate LLC, Keith Lyden

**(b)** County of Residence of First Listed Plaintiff   Lake County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Lehigh County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nicole D. Galli, ND Galli Law LLC, One Liberty Place, 1650 Market St. Suite 3600, #00250, Philadelphia, PA 19103; 215-525-9580

Attorneys *(If Known)*
John F. Gross, Gross McGinley, LLP, 33 S. Seventh Street, Allentown, PA 18105-4060; 610.871.1324

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332 and 28 U.S.C. 1391 (b)(2)
Brief description of cause:
Breach of Contract & Fraud in the Inducement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
In excess of $150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   3/1/2021

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Nicole D. Galli*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year        Yes ☐      No ☐
    previously terminated action in this court?

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit       Yes ☐      No ☐
    pending or within one year previously terminated action in this court?

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier          Yes ☐      No ☐
    numbered case pending or within one year previously terminated action of this court?

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights       Yes ☐      No ☐
    case filed by the same individual?

I certify that, to my knowledge, the within case ☐ **is** / ☒ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____    *Nicole D. Galli*    _____
                                   Must sign here
                                   *Attorney-at-Law / Pro Se Plaintiff*         *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.*    *Federal Question Cases:*

☐   1.   Indemnity Contract, Marine Contract, and All Other Contracts
☐   2.   FELA
☐   3.   Jones Act-Personal Injury
☐   4.   Antitrust
☐   5.   Patent
☐   6.   Labor-Management Relations
☐   7.   Civil Rights
☐   8.   Habeas Corpus
☐   9.   Securities Act(s) Cases
☐   10.  Social Security Review Cases
☐   11.  All other Federal Question Cases
         *(Please specify):* _____

*B.*    *Diversity Jurisdiction Cases:*

☐   1.   Insurance Contract and Other Contracts
☐   2.   Airplane Personal Injury
☐   3.   Assault, Defamation
☐   4.   Marine Personal Injury
☐   5.   Motor Vehicle Personal Injury
☐   6.   Other Personal Injury *(Please specify):* _____
☐   7.   Products Liability
☐   8.   Products Liability – Asbestos
☐   9.   All other Diversity Cases
         *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case
    exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____    *Nicole D. Galli*    _____
                                   Sign here if applicable
                                   *Attorney-at-Law / Pro Se Plaintiff*         *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.