IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ML FASHION, LLC, and ML RETAIL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:20-cv-05124 |
| | ) | |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| NOBELLE GL, LLC, STEPHANIE MENKIN, SARIT MAMAN NARANI, and NICOLAS GOUREAU, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION FOR AN ORDER AWARDING SANCTIONS UNDER 28 U.S.C. § 1927 OR THE COURT'S INHERENT AUTHORITY**

Defendants respectfully submit this Notice to apprise this Court of today's developments in another of Plaintiffs' duplicative actions filed in Illinois, which was initiated back in November 2020 in the Circuit Court of Cook County and was styled as *ML Fashion, LLC, et al. v. Goureau, et al.*, No. 2020L012546 (Ex. 4 to Dkt. No. 48). Today, the Circuit Court granted Defendants Menkin and Goureau's motion to dismiss for lack of personal jurisdiction, calling Plaintiffs out on their inability to defend their jurisdictional theory in the face of *Walden v. Fiore*, 571 U.S. 277, 285 (2014). The Circuit Court's signed order is forthcoming and will be filed as soon as it becomes available. As Defendants argued here, these are the same Plaintiffs, represented by the same counsel, asserting the same allegations against the same Defendants that were before the Court here, asserting the same claims based on the same purported misappropriation of company funds that are now dismissed in Cook County.

Dated: April 30, 2021        /s/ Elizabeth L. Janczak
Freeborn & Peters LLP
Elizabeth L. Janczak (Ill. Bar No. 6302864)
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ejanczak@freeborn.com

**Gerard Fox Law P.C.**
Gerard P. Fox
Lauren M. Greene
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com
lgreene@gerardfoxlaw.com

*Attorneys for Defendants*